UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:18-cv-111(WOB-KLL)**

**KIMBERLY KHAMISI**                              **PETITIONER**

**VS.**                        <u>**JUDGMENT**</u>

**STATE OF OHIO, ET AL**                         **RESPONDENTS**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 2), and no objections having been filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 2) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), is **DISMISSED WITHOUT PREJUDICE** to refiling after petitioner has exhausted all available state court remedies. A certificate of appealability shall not issue with respect to the claims alleged in the petition. Pursuant to 28 U.S.C. § 1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 6th day of April, 2018.



Signed By:
William O. Bertelsman  WOB
United States District Judge